UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

SYLVIA YANIRA RIVERA

                              CASE NO. 09-15596-ABB
                              CHAPTER 7

Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This case came on for consideration of the Motion For Relief From The Automatic Stay filed by Movant, U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, on March 17, 2011, [DE #57]. No appropriate response having been filed in accordance with Local Rule 2002-4, it is ORDERED:

1. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant`s interest in the following property:

**LOT 92B, THE ISLANDS PHASE 4, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 35, PAGES 89 AND 90 OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**
**a/k/a 973 Vista Palma Way, Orlando, FL 32825**

2. The Order Granting Relief from the Automatic Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the real property, and that Movant shall not obtain an *in personam* relief against the debtor.

DONE and ORDERED in Orlando, Florida, on April 19, 2011.

                                              ARTHUR B. BRISKMAN
                                              UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:
SYLVIA YANIRA RIVERA                NEREIDA FIGUEROA
973 VISTA PALMA WAY                  973 VISTA PALMA WAY
ORLANDO, FL 32825                      ORLANDO, FL 32825

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716


DAVID L ROBOLD
131 PARK LAKE STREET
ORLANDO, FL 32803

GENE T CHAMBERS
PO BOX 533987
ORLANDO, FL 32853

ORLANDO DIVISIONS
U.S. BANKRUPTCY TRUSTEE
135 W. CENTRAL BLVD.,#620
ORLANDO, FL 32801